RECEIVED JAN 27 2025 PRO SE OFFICE

1/16/05

To whom it may concern

This letter is for the amended complaint in case 24cv5711. I'm asking for a refund because my case is being dismissed for reasons unbeknownst to me. But the pro se office keeps taking money out of my inmate account ever since 10/2024 and I don't have the original receipts/tags from the mattress because I mailed them in when I did the original claim in august of 2024 plus the pro se office was supposed to get my doctors notes from Rose M Singer clinic which stated the incident reports and which medication I was taking for my back. I am an inmate so I don't have access to this information. Also numerous inmates either filed a civil complaint to the pro se office or the comptroller and have been compensated for sleeping on yoga mats being used for mattress on this type of steel foundation. So my tags are in the original claim.

Back →

If I can't pursue this claim anymore please refund my money to my inmate account.

Sincerely,
Marcus Wright
BFC 24124000892

P.S. Most of the terms on the civil lawsuits that I filed last year aren't in my vocabulary plus I'm not a lawyer so I'm just answering questions to the best of my ability.

Marcus Wright B+C 24Q40842
RMSC
19-19 Hazen Street
E. Elmhurst, NY 11370

USPS SDNY

Pro Se Office
500 Pearl Street
New York, NY 10007

RECEIVED
JAN 27 2025
PRO SE OFFICE

