UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCUS WRIGHT,<br><br>                            Plaintiff,<br><br>-against-<br><br>WARDEN RMSC JOHN DOE; GRIEVANCE SUPERVISOR JANE DOE,<br><br>                           Defendants. | 24 CIVIL 5711 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the March 24, 2025, order, this action is dismissed.

      Plaintiff's request for a refund (ECF 8) is denied. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 27, 2025
          New York, New York

                                                              /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                    Chief United States District Judge